JUDGE JONES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :

        -v.-                        :

JOSE REYES-CRUZ,                    :
        a/k/a "Jose Reyes,"
        a/k/a "Axel Maldonado,"     :

              Defendant.            :

- - - - - - - - - - - - - - - - - -x



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
INDICTMENT
DATE FILED    FEB 08 2008
08 Cr.

08 CRIM 099

                    COUNT ONE

        The Grand Jury charges:

        In or about November 2007, in the Southern District of
New York and elsewhere, JOSE REYES-CRUZ, a/k/a "Jose Reyes,"
a/k/a "Axel Maldonado," the defendant, being an alien,
unlawfully, willfully, and knowingly, did enter, and was found
in, the United States, after having been deported from the United
States subsequent to a conviction for the commission of an
aggravated felony, to wit, a conviction on or about March 7,
2000, in New York Supreme Court, Bronx County, for attempted
criminal sale of a controlled substance in the third degree, in
violation of New York Penal Law Section 110/220.39, and without
having obtained the express consent of the Attorney General of
the United States or his successor, the Secretary for the
Department of Homeland Security, to reapply for admission.

        (Title 8, United States Code, Sections 1326(a) & (b)(2).)


_Peter Sloan_
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney