**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

==================================

| | |
|---|---|
| **UNITED STATES OF AMERICA** X | |
| X | **CONSENT TO PROCEED BEFORE** |
| -against- X | **A UNITED STATES MAGISTRATES** |
| X | **JUDGE ON A FELONY PLEA** |
| X | **ALLOCUTION.,** |
| X | |
| X | |
| X | |
| X | |
| **Defendant** X | Docket # _O8cr. 99_ (BSJ) |
| X | |

==================================

The undersigned defendant, advised by his or her undersigned attorney, consents to a

United States Magistrates Judge presiding over the proceedings required by Rule11, Fed. R. Crim., for me

to enter a plea of guilty in my case, or to change my plea, if one has been previously made, from not guilty to

guilty.  I understand that if my plea is accepted, my sentencing will take place before the

United States District Judge who is assigned,  or who is to be assigned, to my case.

I understand that I have the absolute right to insist that all Rule 11 proceedings be

conducted before an Article III Judge,  and hereby represent and confirm to the Magistrate Judge

that no threats or promises, or other improper inducements, have been made to cause me to

consent to this procedure, and that I do so voluntarily.

IN WITNESS WHEREOF we have executed this consent this _28th_

day of _March_ , 20 _08_ at _NY_ , New York.

x _____ x _____
      **Defendant**                                    **Attorney for Defendant**

Accepted by: _____
                              **United States Magistrates Judge**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: MAR 2 8 2008