UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

UNITED STATES OF AMERICA,                    :
                                             :
             v.                              : 08 CR. 99 (BSJ)
                                             :
Jose Reyes-Cruz,                             :          ORDER
             Defendant.                      :
                                             :
----------------------------------------X

ORDER ACCEPTING THE PLEA ALLOCUTION
BEFORE A U.S. MAGISTRATE JUDGE

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

On March 28, 2008, pursuant to Fed.R.Crim. 11, and with the

defendant's consent, the Honorable Andrew J. Peck, United States

Magistrate Judge, after presiding over a plea allocution in the

above captioned matter, reported and recommended that the named

defendant's plea of guilty be accepted.  The Court has carefully

reviewed the transcript of the allocution, the charging papers,

and all other pertinent parts of the record.  The Court has

determined from this review that the defendant entered the guilty

plea knowingly and voluntarily and that there is a factual basis

for the guilty plea.  Accordingly, the Recommendation is accepted

and the plea is acceptable to the Court.  The Clerk of the Court

is directed to enter the plea.

**SO ORDERED.**

_____
BARBARA S. JONES
United States District Judge

Dated: May 6, 2008
       New York, New York

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/08